UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNDERWRITERS INSURANCE CO.,<br>Plaintiff,<br><br>v.<br><br>MICHAEL PETERS YACHT DESIGN,<br>AND BLACK THUNDER POWERBOATS,<br>a/k/a BLACK THUNDER, INC.<br>Defendant. | )<br>)<br>)<br>)<br>)<br>) DOCKET NO: 04-11392 DPW<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel on behalf of the Plaintiff, Underwriters Insurance Co., in connection with the above-captioned matter.

Respectfully submitted,
The Plaintiff,
Underwriters Insurance Co.,
By its attorneys,

Lauren Motola-Davis, BBO # 638561
Philip M. Hirshberg, BBO #567234
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500