UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Civil Action No. 04 11392 DPW**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**UNDERWRITERS INSURANCE CO.,**   )
            **Plaintiff**   )
            )
**v.**   )
            )
**MICHAEL PETERS YACHT DESIGN,**   )
**& BLACK THUNDER POWERBOATS**   )
**a/k/a/ BLACK THUNDER, INC.**   )
            **Defendants**   )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Please note the withdrawal of my Appearance as counsel for Underwriters Insurance Co.

Respectfully submitted,

/s/Seth S. Holbrook
Seth S. Holbrook / BBO No. 237850
HOLBROOK & MURPHY
150 Federal Street, 12th Flr.
Boston, MA 02110
617-428-1151
holbrook_murphy@msn.com

Certificate of Service

I hereby certify that on October 13, 2004, I electronically filed Notice of Withdrawal of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Philip Hirshberg, Morrison, Mahoney & Miller, 250 Summer Street, Boston, MA 02210.

/s/ Seth S. Holbrook
Seth S. Holbrook / BBO No. 237850
HOLBROOK & MURPHY
150 Federal Street, 12th Flr.
Boston, MA 02110
617-428-1151
holbrook_murphy@msn.com