%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
IN CLERKS OFFICE

2004 OCT 18 P 2: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

Underwriters Insurance Co.

V.

Michael Peters Yacht Design, and
Black Thunder Powerboats, a/k/a
Black Thunder, Inc.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 11392 DPW

TO: (Name and address of Defendant)
President
Michael Peters Yacht Design
47 S. Palm Avenue
Sarasota, FL 34236

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Philip M. Hirshberg, Esquire
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                    JUN 18 2004

CLERK                           DATE

(By) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of MASSACHUSETTS

Case Number: 04 11392 DPW

Plaintiff:
**UNDERWRITERS INSURANCE COMPANY**
vs.
Defendant:
**MICHAEL PETERS YACHT DESIGN AND BLACK THUNDER POWERBOATS, a/k/a BLACK THUNDER, INC.**

For: Seth S. Holbrook
    Holbrook & Murphy

Received by Sarasota Process Servers, Inc. on the 11th day of October, 2004 at 9:31 am to be served on **MICHAEL PETERS YACHT DESIGN, PRESIDENT, 47 SOUTH PALM AVENUE, SARASOTA, FLORIDA 34236.** I, _Hugh M. Robinson_, being duly sworn, depose and say that on the _11_ day of _Oct_, 200_4_ at _12:15_ .m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, PLAINTIFF'S COMPLAINT, CIVIL COVER SHEET & NOTICE OF APPEARANCE** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: SERVED THE WITHIN-NAMED PERSON.

( ) SUBSTITUTE SERVICE: BY SERVING _____ AS _____ WHO IS OVER THE AGE OF 15.

( ) POSTED SERVICE: AFTER ATTEMPTING SERVICE ON __/__ AT ____ AND ON __/__ AT ____ TO A CONSPICUOUS PLACE ON THE PROPERTY DESCRIBED HEREIN.

(X) OTHER SERVICE: AS DESCRIBED IN THE COMMENTS BELOW BY SERVING _MICHAEL PETERS_ AS _PRES._

( ) NON SERVICE: FOR THE REASON DETAILED IN THE COMMENTS BELOW.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _11th_ day of _October_, _2004_ by the affiant who is personally known to me.

_Shelly Huffman_
NOTARY PUBLIC

SHELLY HUFFMAN
MY COMMISSION # DD 306709
EXPIRES: April 28, 2008
Bonded Thru Budget Notary Services

PROCESS SERVER # _005_
Appointed in accordance
with State Statutes

Sarasota Process Servers, Inc.
P.O. Box 15009
Sarasota, FL 34277
(941) 365-1155

Our Job Serial Number: 2004006605

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f