AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

FILED IN CLERK'S OFFICE
2004 OCT 20 P 4: 05
U.S. DISTRICT COURT
DISTRICT OF MASS.

Underwriters Insurance Co.

V.

Michael Peters Yacht Design, and
Black Thunder Powerboats, a/k/a
Black Thunder, Inc.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:  04  11392 DPW

TO: (Name and address of Defendant)

President
Black Thunder Powerboats
2244 Warren Barret Drive
Hannibal, MO  63401

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Philip M. Hirshberg, Esquire
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210-1181
(617) 439-7500

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 10-14-04 | Time: 0920 |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| BRAD ROBERTSON | DEPUTY SHERIFF - 4820 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): ABODE TO DONNA WOODS, OFFICE MANAGER.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 | 20⁰⁰/pd |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-14-04
             Date

Signature of Server: Brad Robertson, 4820

Address of Server: 906 Broadway Hannibal, MO 63401

**HATFIELD PROCESS SERVICE**
(www.hatfieldprocess.com)
1669 Jefferson
Kansas City, MO 64108

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.