UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNDERWRITERS INSURANCE CO. | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DOCKET NO: 04-11392 DPW |
| | ) | |
| MICHAEL PETERS YACHT DESIGN, | ) | |
| AND BLACK THUNDER POWERBOATS, | ) | |
| a/k/a BLACK THUNDER, INC. | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P. 41(A)(1)(i), plaintiff Underwriters

Insurance Co. hereby voluntarily dismisses all claims brought by it in the within case.

The Plaintiff,
Underwriters Insurance Co.,
By its attorneys,

/s/ Philip M. Hirshberg
_____
Lauren Motola-Davis, BBO # 638561
Philip M. Hirshberg, BBO #567234
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210-1181
(617) 439-7500