UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04–CV-11392 DPW

UNDERWRITERS INSURANCE CO.,  )
        Plaintiff  )
           )
v.  )
           )
MICHAEL PETERS YACHT DESIGN and  )
BLACK THUNDERPOWERBOATS  )
a/k/a BLACK THUNDER, INC.,  )
        Defendants  )

## NOTICE OF APPEARANCE

    Kindly enter my appearance as attorney for the Defendant, Michael Peters Yacht Design, in the above-captioned matter.

            Defendant, MICHAEL PETERS YACHT DESIGN
            By its Attorneys,

            AVERY DOOLEY POST & AVERY, LLP

            Joseph M. Noone, Esquire    BBO #559644
            James T. Sullivan, Esquire    BBO #565700
            90 Concord Avenue
            Belmont, MA 02478
            (617) 489-5300

**CERTIFICATE OF SERVICE**

I, Joseph M. Noone, Esquire, hereby certify that I have this 3rd day of November, 2004, served a copy of the within document upon all counsel of record, by mailing said copy, postage prepaid, to:

Philip M. Hirshberg, Esquire
Lauren Motola-Davis, Esquire
Morrison Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210

George C. Rockas, Esquire
Sara Discepolo, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110

Joseph M. Noone, Esquire
90 Concord Avenue
Belmont, MA 02478
(617) 489-5300
BBO #559644